TDCJ Offender Details

*83,780-01*



# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 02092863 |
| **TDCJ Number:** | 01680339 |
| **Name:** | LOPEZ,PEDRO GARCIA |
| **Race:** | H |
| **Gender:** | M |
| **DOB:** | 1953-09-02 |
| **Maximum Sentence Date:** | 2022-09-12 |
| **Current Facility:** | STEVENSON |
| **Projected Release Date:** | 2022-09-12 |
| **Parole Eligibility Date:** | 2016-09-11 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days. **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.***

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

## Parole Review Information

Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| | | | | | |